M. P. No. 1825. SANDRA HAZEN *v.* IRWIN HAZEN. Motion of petitioner for stay of interlocutory decree and decision of Family Court is denied. *Kirshenbaum & Kirshenbaum, Isidore Kirshenbaum,* for petitioner. *Marvin A. Brill,* for respondent.

Ex. No. 1347. STATE *v.* EDWARD D. McMAHON, SR. Motion of defendant to assign is granted and case assigned to October 1972 calendar for argument. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

Ex. No. 1464. *In re* 125 CRIMINAL APPEALS ON BILLS OF EXCEPTIONS BY DEFENDANTS. Motion of appellant to remand is granted and matter remanded to Superior Court with direction. *Aram K. Berberian,* for plaintiff. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for defendant.

APPEAL No. 326. EDMOND C. LINCOURT *et ux. v.* JOHN A. L. McCALL, III. Papers remanded to Superior Court for formal entry of judgment, and immediately following papers to be returned to Supreme Court. *Aram K. Berberian,* for plaintiff. *William J. McGair,* for defendant.

APPEAL No. 1684. LOUIS DESJARDIN *v.* MILLER ELECTRIC COMPANY. Motion for a counsel fee pursuant to G.L. 1956, 28-35-32, as amended, is granted, and petitioner awarded fee of $900 for services rendered before Supreme Court. *Abedon, Michaelson, Stanzler & Biener, Richard A. Skolnik, Esq.,* for petitioner. *Worrell and Hodge, Eldridge H. Henning, Jr.,* for respondent.

APPEAL No. 1738. JAMES J. SOUSA *v.* RICHARD CASEY *et al.* Motion of plaintiff to supplement the record by inclusion of a certain transcript is granted. *Clifford J. Cawley,* for plaintiff. *Robert J. McOsker,* City Solicitor, *Ronald H. Glantz,* Deputy City Solicitor, for defendants.